IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-77,013






EX PARTE DONNA MARIE DAVENPORT-FRITSCHE, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 12-05-04698-CR IN THE 410TH DISTRICT COURT


FROM MONTGOMERY COUNTY






 Per curiam.


O P I N I O N



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to the state jail
felony offense of possession of a controlled substance, and was sentenced pursuant to Section
12.44(a) of the Texas Penal Code to sixty days' county jail imprisonment. She did not appeal her
conviction. 

 Applicant contends that newly available evidence proves that she is actually innocent of the
offense. At the time of Applicant's arrest, the substance seized from her vehicle field-tested positive
for methamphetamine. After she pleaded guilty to this offense, the Texas Department of Public
Safety Crime Laboratory issued a report indicating that laboratory analysis of the evidence detected
no controlled substance.

 The trial court has determined that Applicant has established by clear and convincing
evidence that no reasonable juror would have convicted her in light of the new evidence. Ex parte
Elizondo, 947 S.W.2d 202, 208 (Tex. Crim. App. 1996). The trial court concludes that Applicant
has demonstrated that she is actually innocent of the offense to which she pleaded guilty.

 Relief is granted. The judgment in Cause No. 12-05-04698-CR in the 410th District Court
of Montgomery County is set aside.

 Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional
Institutions Division and Pardons and Paroles Division.


Delivered: April 17, 2013

Do not publish